Good morning, my name is Joanna Christensen and I represent the appellant James Kruger in this case. We have several interesting guidelines arguments here The first being whether under 2a 4.1 b 3 mr. Kruger otherwise used a dangerous weapon during the kidnapping Portion of well with respect to the kidnapping. Why isn't it a reasonable? Inference that mr. Kruger otherwise used either the pistol or the shotgun that he took with him on this truck to communicate a threat To mr. Rytle as I understand the facts Mr. Kruger had not only pointed the pistol at both of the Rytles earlier in the episode But had threatened to kill them as well as himself And given that sequence of events wouldn't any person in mr. Riedel's or Rytle's position understand that the presence of guns in the truck Represented a threat that mr. Kruger would harm him if he didn't continue to cooperate I Think the the difficulty lies in the guidelines distinguishing between Otherwise used in brandished. I think that this case the wild waving about is a Brandishing rather than an otherwise used and this court has recognized. Well, it's lying that they're there They're there lying on his lap so Isn't brandishing normally when I don't know too much about this stuff, but isn't it usually When you know, you're you hold it up. I Would say that's brandishing that kind of waving around the guidelines really like this Hierarchy of what you do with a gun from from discharging is at the top to otherwise used to brandishing to displaying and to System and by the time he gets in the car and puts the pistol in his lap I think that actually goes toward displaying more than brandishing He's no longer displaying and he's certainly not otherwise using at that point the way the guidelines define it It's loosely based. I think you are sitting next to him in the car And you were a husband in this case and you were sitting next to him in the car Would you think he was using that gun? I Truth and It's a very difficult distinction to make but as far as the word use Yes, the common-sense meaning of the word use I would think he was using it Christian so what I see is I'm having difficulty with your argument is I think you're artificially breaking up the Resist a here of the whole thing. I Fact of the matter is he intruded on these people into the cartilage of their home He had a weapon in his hand he certainly pointed it at the wife It was clear My husband showed up. He was in charge that weapon was certainly involved in making sure he wasn't charged This getting in the truck was no more than the husband's attempt to De-escalate the situation a bit get his wife out of the way. He was successful in that he tried to get out of the truck Your client said he no Sounds to me that weapon was used to control these two people That's my problem with your case. I Tend to agree with it you your honor And I think the legal problem we have is probably with the guideline and all of those factors that you've discussing all terrible facts For mr. Kruger terrible situation for the right dolls I'm sure they still haven't recovered But when we talk about the legal definition or the guidelines the question is whether that enhancement implies I think the district court could have taken all that into consideration Everything he did with the gun between his uncle's house and when he was stopped on the highway As aggravating circumstances, but when we're talking about a discrete discrete guideline enhancement I think we do have to look at what the guidelines say legally and Statutory maximum It is which is the guidelines? It's considerably below the guidelines any calculation we get to But this court has said before in the United States versus love that even a below guideline sentence if the guidelines are incorrectly Calculated it can go back for resentencing for the district court to consider that lowering of the guidelines And yes, anyway, I calculate the guidelines in this brief seems like such a waste of time Well, I mean obviously he can give them this sentence sure and that's true in all resentencings Or I would say 80% of the resentencings the defendant can receive the same amount of time as he does before so but going with this courts precedent that is one way that the district court makes a decision is considering the guidelines and if the Guidelines are not correctly calculated a resentencing is in order. I don't think that should be an automatic Well, I I think you look at the case I'm sorry. You should look at the case. What are the facts? The individual case I certainly that's part of it. I think the United States versus love case doesn't talk about looking individually at the case Necessarily it just talks about that if there's an error We get into harmless error if the district court would have said even if I hadn't found this enhancement I've given the same sentence. Oh here though. He was really sentenced as a career offender wouldn't No, no, mr. Krueger was not that's my next case your next case I'm sorry. There's a mandatory minimum here. No, he he had a statutory maximum of 20 years I'm sorry mandatory maximum Yeah, so and so he was sentenced under the mandatory the judge went to the mandatory maximum. Isn't that the guideline sentence? That Becomes the guideline sentence if the guidelines are above if we were to win Both arguments here the guidelines actually actually if we were to win this enhancement the guidelines go slightly below that 240 No, you've got to win this one. All right Otherwise, otherwise the guideline sentence is the Mac is the statutory maximum right end of case, right? Right. This is this is the one we have. I'm sorry. I was mixing your cases a bit. That's okay I'm surprised. I didn't do it first to tell you the truth. I Will talk a little bit about the when I'd call it a harmless error On this issue or any all the issues in this case the guidelines issue well, I I think It's it's distinct for all the case the all the different issues But I think harmless error doesn't necessarily can't come into play here because the judge did consider all of the guidelines um Significantly and then ultimately Disagreed with them. So I think if the guidelines change There's nothing in the record to show the district court would have been given the same sentence. Of course you were well, I think that is a Speculation we can guess but I don't think that's the standard for this court to use is guessing whether the district court would have you imposed the same sentence I Do okay All he has to know the judge would have to say is, you know, I've considered the guidelines and I don't I don't consider Guidelines sentence appropriate in this case, right? Well that that is essentially what the judge did say in this case. Well, what's wrong with that? You have to say if the guidelines change well, it's pardon if the guidelines change his analysis might change That's our argument So, I think there were two other I'm going to go on to the as to whether he committed the instant offense while still on probation from that disorderly conduct Conviction. Yes, didn't didn't he concede below? that the 2013 possession of the 22 Caliber rifle was properly treated as relevant conduct. That's what his class The objections to the pre-sentence report stated You cut out a little bit judge Roper But I think I understand your question and there is a concession in the record bite by trial counsel about that I think I have a couple of responses to that one is I don't think that's legally accurate I think there's a good argument that is not relevant conduct that count one is not relevant conduct to count two which is how we're calculating this is using those two and This court held in the United States versus Jaime Jaime that when the just when a district court attorney makes that sort of error With no basis for making the error then that can be plain error So that's what we're relying on I think it was a concession perhaps that did not take into the into account how that sentence would Interact with the operating while under the influence sentence Because if as if we were just successful on the two-point probation Sentence being taken away that wouldn't have changed his criminal history category So at that point it makes sense to concede but if we're in if then if we consider That operating under the influence then it does and I think that concession is no longer appropriate What was the change in the guidelines? Which change in the change you said there was a change that the judge missed Yeah, I don't think that the judge missed it. I think that the that the parties in general didn't Calculate the relevant conduct appropriately and when when including that probation sentence Then didn't consider the effect it would have with the operating under the influence Because just two points down in criminal history in criminal history points didn't change the criminal category. What was the change? The change now is from category 3 to category 2 under our argument. What is the change in the guidelines range? Oh, did you say Entitles the defendant to be resentenced. Oh the change in the range With just removing those criminal history. It's down to 262 to 327 which is still then makes it a 240 guideline range. So what explanation did the Sentencing Commission give for the change? Oh That's not a Sentencing Commission change That would just be a change if we if we won our arguments on the relevant conduct issue and the related case issue There's been no guidelines. Oh, I see. Okay, so I see my time is up. Okay. Thank you Mr. Jarosz Thank You Your Honor, I'm pleased to court Peter Jarosz for the United States There are three errors that the defendant is claiming in the sentence saying the first dealing with the offense level and the two dealing with the criminal history Calculations. In that first instance, there couldn't be a more poignant use of a weapon than a kidnapping at gunpoint. The Rydells were accosted at their farmhouse by the defendant who pulls out a gun pointing it at Miss Rydell threatening to kill her. Mr. Rydell, Walter comes up He's pointing the gun at him too And then basically kidnaps Walter on the spree that then takes place all the way to the taxidermy shop where he's able to escape and If there's ever going to be a use of a weapon, I got to believe this is it I don't think there's any any way that anybody outside the realm of a arcane legal opinion would think it was otherwise and The government believes that this just isn't isn't the issue or nor are these the facts that that would create an arguable question in here and certainly was not plain error for the court to make that sort of determination And as such, you know, I I agree. I Agree after much thought to be honest with you that this was a kidnapping But it's an unusual Kidnapping in that Mr. Rydell Intelligently Hoping to save his wife Said to mr. Krueger, I'll go with you you know normally we think about a kidnapping as Someone saying no, I do not want to go with you Right, but I do understand But and I think well your honor and it's difficult to get the full import here But I think judge Posner Correctly characterized it you have a situation where? Walter comes up on the scene where his wife is having a gun. You're a matter He knows he's going to have to diffuse it or else they're both dead. I think that's I This guy is frantic he's pointing it at himself It's there's no question. This guy's Not all together. So he's taking the what I consider to be the brave and rational action here and With that but I don't know I don't think that's an average kidnapping. No, no No, I agree But it's also not an act of free will in the sense of gee this gentlemen's come up to visit our our farm Why don't I go take a ride with them now? That isn't what's going on I think and and to divorce the the presence of the gun would be to develop to totally eviscerate the facts here The gun is is everything and it and it just wasn't an ornament and it wasn't just merely possessed It just wasn't merely displaced and it just wasn't merely brandished. It was used The other two errors Dealing with the criminal history point as the court has correctly pointed out become rather mooted only from the standpoint that if the if they're granted this Downward sort of adjustment from a level six to a level four. They're still They're still in a category That gives them 262 to 327 months that's above the max I do want to ask you something Why do you view? Mr. Kruger's argument in favor of the category three criminal history below is a waiver of the arguments that he's now making because his position below Was based on one particular error now He is pursuing two other Purported errors that he believes his counsel below Overlooked. Well, so why isn't that properly treated as a forfeiture rather than a waiver? well, I think only from the standpoint of the of the question on the The initial question of whether or not the June 7th 2013 activity was relevant conduct to whether or not he committed the crime while Serving or while under a criminal justice sentence, and I think that's where the waiver comes in Because the waiver is he's considered it He's making an argument, but he's conceding that that portion of the argument is It's just not an issue he or is he saying That it is relevant to count one, which I believe was dismissed Well, it was it was dismissed. It's sentencing your honor, but it's still relevant conduct So what he's saying is is he's saying the probation if he was under a term of probation it had to do with the relevant conduct and even cites the provision of the guidelines that talk about so he says it's relevant the Conduct and count one is relevant conduct. Therefore the probation The fact that the relevant conduct was committed during the probationary period makes counts Well, he's trying to emphasize the fact that he he didn't plead guilty to that obviously Cites it as such and so I think I think what I'm trying to discern from the the argument from the council below is that? What mr? What the defense council was doing was trying to emphasize that yes that that count had been dismissed District court didn't make all that very clear did it? It didn't make it clear in the sense of doing it because again What what happened was at at the best in the best scenario it would have reduced it that Two levels which would have again reduced it from a four to a six. He's still a level three at that point how about the how about the The ammunition wouldn't the ammunition count here in any case and again, that's that's exactly right the ammunition There was never a break in any of the possession or anything dealing with the ammunition the ammunition Started out on June 7th. That's when it was purchased and it was in all the way till August 28 There's no evidence that anybody was taking possession of that. Mr. Krieger or Kruger Emphasized that you know, he had possession constructive or otherwise the ammunition, you know during that time period that's not really an issue per se So as a practical matter That same ammunition and weapon whether it's the June 7th or the August 14th spans the time period of the of the crime because his Probationary term was from February of 20. I think it was 2012 to August of 2016 August 16th of 2016 and his conduct would have spanned that time period and he would have been there for Wait, wait, is it is it your position that? when he arranged for Miss Forsyth to purchase the rifle in June of 2013 He was always intending to retake possession of the rifle from his father. See I'm a little uncertain what you think links the June possession with the August possession Other than the fact that they involved the same rifle Well, your honor there all we know is the claim by mr. Kruger and and his father that this was going to be a gift towards his father What we do know is that not only the firearm, but the ammunition As far as we know never left. Mr. Kruger's possession. Nobody mr Kruger nor his father ever claimed that somehow the ammunition was out of their possession and Mr. Kruger admitted in the change of plea Scenario rather Colloquy that he was in fact in constructive possession because he was directing people what to do with the gun and what to do At certain points and then at various points he possessed it if if you don't have the initial purchase of the firearm and the ammunition on June 7th, that really is the genesis of the The possession all the way to August 28 and mr. Kruger's control of both the ammunition and the weapon, so The connection is it's the same weapon. It's the same ammunition. It's the same crime Separated by relatively short amount of time of two months And As a result, I think it's it's relevant conduct as quite frankly conceded down below that it was relevant conduct and more important I Not to belie it But again that two-level decrease from a level or rather two-point decrease from a six to a four will still end him up in a category three and a category three would be exactly what he was looking at on a guidelines level 292 to 365 and more important it would still be the 240 month guideline sentence that the court considered and talked about I See my time is up if anybody nobody has any questions. Okay. Thank you. Mr. Chairman. Thank you Miss Christian, so you can have another minute if you want I do want to specifically respond to that constructive possession admission. The government is saying mr Kruger said that the change of plea hearing when the district court asked him Do you agree with what the government says in a factual basis and the government's factual basis covered August 26 to August 30th? And that is it and he said during that time. I was in constructive possession of the ammunition and the firearm. That's it There's no time period before there's no evidence before that The only evidence is the father had the rifle after June 7 sometime and that mr Kruger came to pick it up on August 26 So as far as the ammunition there's no evidence the government's presented that it was anywhere but with the rifle because it was Ammunition that went to that rifle. It was matching ammunition so I do also See you want to talk a little bit what does it have to do with a kidnapping? The kidnappings the other the next thing I'm going to talk about The kidnapping is actually count three Relates to count three and I see him out of time. I will say that there these are terrible facts You know, I don't control the facts as the cases come to me But we often make terrible facts into legal arguments The district court can consider terrible facts and make a higher sentence. My legal argument is that the enhancement doesn't apply. Thank you Okay. Well, thank you